IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
TESHA JOYCE,                       )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    1:25-cv-136
                                   )
OFFICER TUTTLE, WENDELL BROWN,     )
MUNCY, ODELL, NURSE JO, and        )
NURSE REBECCA                      )
                                   )
          Defendants.              )
```

### ORDER

On July 7, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 6th day of August, 2025.

 _William L. Osteen, Jr._
 United States District Judge